-----Original Message-----
From: shadyan saeed <shadyansaeed@hotmail.com>
Sent: Tuesday, May 27, 2025 6:26 PM
To: Cori Boren <CBoren@caed.uscourts.gov>
Subject: VIOLATION NUMBER E1037812

CAUTION - EXTERNAL:


Hello,
My name is Shadyan Saeed. I have received the above mentioned ticket and would like to know 1) can we extend the time. 2) can we appear by telephone as the court house is 3 hours away from my house as I am planning to contest it.
Thanks
Shadyan Saeed
9098▮▮▮▮